**Sedrick Latroy McKINNEY,**
**Petitioner–Appellant,**

v.

**WARDEN, FCC Coleman–Medium,**
**Respondent–Appellee.**

No. 12–12953.

United States Court of Appeals,
Eleventh Circuit.

April 11, 2014.

Allan Farquhar Brooke, II, The Bedell Firm, Jacksonville, FL, for Petitioner–Appellant.

Sedrick Latroy McKinney, Tampa, FL, pro se.

Michael A. Rotker, U.S. Department of Justice, Washington, DC, Colleen D. Murphy–Davis, Robert E. O'Neill, U.S. Attorney's Office, Tampa, FL, Peggy Morris Ronca, U.S. Attorney's Office, Orlando, FL, for Respondent–Appellee.

Before HULL and MARTIN, Circuit Judges, and BOWEN,* District Judge.

HULL, Circuit Judge:

Petitioner Sedrick McKinney appeals the district court's denial of his 28 U.S.C. § 2241 habeas petition, which he attempted to bring pursuant to the "savings clause" in 28 U.S.C. § 2255(e). In 1993, McKinney was sentenced to 262 months

---

* Honorable Dudley H. Bowen, Jr., United States District Judge for the Southern District of Georgia, sitting by designation.

imprisonment for violating 18 U.S.C. § 922(g). In October 2012, McKinney finished serving his full 262-month federal term of imprisonment, was released from custody, and is now serving his five years' of supervised release. McKinney asks that his supervised release be terminated.

After review of the record, the briefs of the parties and the amicus, and having the benefit of oral argument, we affirm the district court's denial of McKinney's § 2241 petition.

**AFFIRMED.**